UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, MICHIGAN, a/k/a CAIR-MI, a Michigan nonprofit corporation, and RANEEN ALBAGHDADY, an Individual

                Plaintiffs,

v.

JUDGE WILLIAM CALLAHAN, in his official capacity as 3rd Circuit Court Judge for the County of Wayne Family Division, and WAYNE COUNTY, a unit of Local Government for the State of Michigan,

                Defendants.
                                        /

CASE NO. 09-13372

HON. MARIANNE O. BATTANI

**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT IN LIEU OF RESPONSE TO DEFENDANT WAYNE COUNTY'S MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR THIRTY-DAY EXTENSION TO FILE RESPONSE AND GRANTING DEFENDANT WAYNE COUNTY'S MOTION FOR EXTENSION OF TIE TO FILE RESPONSE**

Now before the Court is Plaintiffs' Motion for Leave to File A First Amended Complaint in Lieu of Response to Defendant Wayne County's Motion to Dismiss and in the Alternative Motion for Thirty-Day Extension to File Response (Doc. No. 12) and Defendant Wayne County's request for additional time to respond to Plaintiffs' motion (Doc. No. 16). The Court heard oral argument on January 6, 2010, and for the reasons stated on the record, the Court **DENIES** Plaintiffs' motion. The Court further finds that Wayne County has established good cause for its failure to respond during the time frame established by the Court and therefore **GRANTS** Wayne County's motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs must file their response to Wayne County's motion to dismiss on or before **January 20, 2010**; and Defendant may file its reply on or before **January 27, 2010**.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Date: January 7, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to counsel of record on this date.

s/Bernadette M. Thebolt
Case Manager