UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, MICHIGAN , a/k/a CAIR-MI, a Michigan nonprofit corporation, and RANEEN ALBAGHDADY, and Individual,

          Plaintiffs,

v.

JUDGE WILLIAM CALLAHAN, in his official capacity as 3rd Circuit Court Judge for the County of Wayne, Family Division, and WAYNE COUNTY, a unit of Local Government for the State of Michigan,

          Defendants.
_____/

CASE NO. 09-13372

HON. MARIANNE O. BATTANI

## JUDGMENT FOR DEFENDANT

The Court having granted Defendant William Callahan's Motion to Dismiss or Alternatively for Summary Judgment;

**IT IS HEREBY ORDERED** that **JUDGMENT** shall be and hereby is entered for **DEFENDANT**. Plaintiff's complaint is **DISMISSED** in its entirety.

**IT IS SO ORDERED**.

          s/Marianne O. Battani
          MARIANNE O. BATTANI
          UNITED STATES DISTRICT JUDGE

Dated: April 29, 2010

1

## CERTIFICATE OF SERVICE

     Copies of this Judgment were served upon counsel of record on this date by electronic mailing and ordinary mail.

s/Bernadette M. Thebolt
Case Manager
